No. 81–280. GENERAL BUILDING CONTRACTORS ASSN., INC. *v.* PENNSYLVANIA ET AL.;

No. 81–330. UNITED ENGINEERS & CONSTRUCTORS, INC. *v.* PENNSYLVANIA ET AL.;

No. 81–331. CONTRACTORS ASSOCIATION OF EASTERN PENNSYLVANIA ET AL. *v.* PENNSYLVANIA ET AL.;

No. 81–332. GLASGOW, INC. *v.* PENNSYLVANIA ET AL.; and

No. 81–333. BECHTEL POWER CORP. *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. [Certiorari granted, 454 U. S. 939.] Motion of petitioner in No. 81–280 for divided argument and for additional time for oral argument granted, and an additional 15 minutes allotted for oral argument to be divided as follows: Counsel for petitioners in Nos. 81–280 and 81–331, 20 minutes; and counsel for petitioners in Nos. 81–330, 81–332, and 81–333, 25 minutes. Respondents also allotted an additional 15 minutes for oral argument. Motion of petitioners in Nos. 81–330, 81–331, 81–332, and 81–333 for divided argument and for additional time for oral argument denied.

No. 81–349. CHICAGO BRIDGE & IRON CO. *v.* CATERPILLAR TRACTOR CO. ET AL. Sup. Ct. Ill. [Probable jurisdiction noted, 454 U. S. 1029.] Motion of Committee on State Taxation of the Council of State Chambers of Commerce for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument denied. Motion of Multistate Tax Commission for leave to participate in oral argument as *amicus curiae* denied. Motion of appellees to reconsider order denying motion for additional time for oral argument denied. JUSTICE STEVENS and JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 81–447. CITY OF WICHITA FALLS, TEXAS, ET AL. *v.* STONE, 454 U. S. 1082. Motion of respondent for award of costs, damages, and related expenses denied.

No. 81–5761. IN RE WIDEMON. Petition for writ of mandamus denied.